IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELISSA PRUIT,

          Plaintiff,

    v.

CAROL LIN dba EXCHANGE
PROPERTIES 05-34 LLC,
JERRY STAYNER dba DIAMOND
REALTY, LLC, BILL LAMONT,
GLENN WRIGHT

          Defendants.

Civil No. 06-6247-TC

ORDER
AWARDING
FEES

COFFIN, Magistrate Judge:

    Plaintiff brought suit against defendants alleging, among other things, that defendants violated federal fair housing law by allowing a hostile sexual living environment in the Newberry R.V. Park in La Pine.

    Defendants Stayner and Wright have not appeared in this action and a default judgment has been

entered against them. The default judgment stated that plaintiff may present a petition for attorney fees as provided by law. See #57.

Petitioner has filed such a petition. Defendants have not filed an opposition. This court has reviewed the petition and finds it reasonable and appropriate for the reasons stated in the petition and the supporting documents. Accordingly, plaintiff's motion (#58) for attorney fees against defendants Stayner and Wright is allowed and plaintiff is awarded attorney fees in the amounts of $11,780 against defendant Glenn Wright and $13,100 against defendant Jerry Stayner. Such amounts are to be included in and part of the default judgment (#57).

DATED this 5th day of December, 2007

THOMAS M. COFFIN
United States Magistrate Judge

2 - ORDER